# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
| v. | CITATION NUMBER: 15-PO-7010 |
| CLARENCE J BOWENS | CJA: RICHARD BEDNARSKI |

**THE DEFENDANT:** Pleaded guilty to count(s) 1 of the Information (s).

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 113(a)(5) | SIMPLE ASSAULT | 3/8/2015 | 1 |

Defendant sentenced to: six (6) months unsupervised probation; must complete an Anger Management Class, pay cost of class, may complete a state certified course in Florida;  must complete seventy-two (72) hours of community service through a state certified program, may complete in Florida and must provide a letter to the U.S. Attorney's office from that program stating who they are, what they do, what the defendant did during community service and how many hours they have completed; must pay fees of $10 to be paid by 12/10/2015 to the U.S. District Court Finance Office at 901 19th Street Denver, CO. Defendant shall not commit any new federal, state, or local law violations during the probationary period.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $10.00 | $0.00 | $0.00 |

11/18/2015
Date of Imposition of Judgment

Signature of Judicial Officer
Kathleen M. Tafoya, U.S. Magistrate Judge
Name & Title of Judicial Officer

Nov. 18, 2015
Date